IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | | |
|---|---|---|
| MICHAEL TAYLOR | § | |
| V. | § | CIVIL ACTION NO. 6:05CV356 |
| DOUGLAS DRETKE, ET AL. | § | |

ORDER OF DISMISSAL

Came on for consideration the above-referenced civil action, this Court having heretofore ordered that this matter be referred to the United States Magistrate Judge for proper consideration. Having received the report of the United States Magistrate Judge pursuant to its order, and no objections thereto having been timely filed, this Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct, and adopts same as the findings and conclusions of the Court. It is therefore,

**ORDERED** that Plaintiff's *in forma pauperis* status is hereby **REVOKED** and the above-styled case shall be and is hereby **DISMISSED WITH PREJUDICE** as to the refiling of another *in forma pauperis* lawsuit raising the same claims as herein presented, but **WITHOUT PREJUDICE** to the refiling of this lawsuit without seeking *in forma pauperis* status and upon payment of the full $250.00 filing fee. It is further

**ORDERED** that should the Plaintiff pay the full filing fee within 15 days after the date of entry of dismissal, he will be allowed to proceed in this lawsuit as though the full fee had been paid from the outset.

All motions by either party not previously ruled on are hereby **DENIED**.

**So ORDERED and SIGNED this 8th day of March, 2006.**

_____
**LEONARD DAVIS**
**UNITED STATES DISTRICT JUDGE**